■ YUNG ZENG INDUSTRIAL Co. (H.K.) LTD., Respondent, v

BIDDLE SAWYER CORPORATION, Appellant.—Order, Supreme Court, New York County (William McCooe, J.), entered on November 7, 1986, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court entered on or about March 2, 1987 unanimously dismissed as nonappealable. No opinion. Concur—Murphy, P. J., Sandler, Sullivan, Ellerin and Wallach, JJ.